**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 24, 2026

**Via ECF**
Hon. Valerie Caproni
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2026

**Re: *Noriega, Yunga v. Genalo, et al.*, No. 26-cv-3338 (VEC)**

Dear Judge Caproni,

This Office represents the Government in the above-captioned habeas proceeding. I write respectfully in accordance with the Court's April 24 order, which directed ICE to immediately release Petitioner from custody and to file a certification of such release by 8 p.m. today and to refrain from redetention, GPS monitoring, or other burdens on Petitioners' liberty without prior notice of at least one week to both Petitioners and the Court. ECF No. 10. ICE has informed this Office that Petitioner Noreiga was released at 7:48 p.m.; this Office previously informed the Court that Petitioner Yunga was released at 7:50 p.m.

The Government thanks the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Janet Lynne Guyon*
JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (917) 484-0324
E-mail: janet.guyon@usdoj.gov

cc: Counsel of record (by ECF)

The Court granted the Petition for a Writ of Habeas Corpus, Petitioners were released, and the Court understands that ICE will not detain, monitor, or otherwise burden Petitioners' liberty without prior notice to both Petitioners and the Court. Dkts. 10–12.

The Clerk of Court is, therefore, respectfully directed to enter judgment in favor of Petitioners and close this case.

SO ORDERED. 4/30/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE