**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MARIELA NORIEGA AND EDGAR YUNGA,

                                   Petitioners,

                -against-

GENALO, et al.,

                                 Respondents.
---------------------------------------------------------------X

26 **CIVIL** 3338 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated April 30, 2026, Petition for a Writ of Habeas Corpus is GRANTED, Petitioners were released; accordingly, the case is closed.

**DATED:** New York, New York
         May 1, 2026

                                     **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                    **BY:**

                                     **Deputy Clerk**